AEE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSA PICKETT, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 10 C 3357 ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) Magistrate Judge Nolan ) ) ) |
| Defendant. | ) |

## ORDER

This matter coming to be heard on the parties' Stipulation to Remand, the Court being advised in the premises, and due notice having been given,

IT IS HEREBY ORDERED that the parties' Stipulation to Remand, pursuant to sentence four of 42 U.S.C. § 405(g), is GRANTED.

DATED: 1-28-11

Nan R. Nolan
NAN R. NOLAN
United States Magistrate Judge